# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GARY L. SMITH,<br><br>          Plaintiff,<br><br>vs.<br><br>CLARK COUNTY DETENTION CENTER,<br><br>          Defendant. | Case No. 2:07-cv-01164-LRH-GWF<br><br>**FINDINGS AND**<br>**RECOMMENDATIONS** |

On August 28, 2007, Plaintiff submitted a Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (#1). However, Plaintiff did not pay the filing fee of $350.00 as required to commence a civil action in federal court. On January 31, 2008, the Court issued Order (#2), which directed Plaintiff to either pay the appropriate filing fee of $350.00, or submit a completed application and affidavit in support of a request to proceed *in forma pauperis* within thirty (30) days from the date Order (#2) was entered. To date, Plaintiff has not complied with Court Order (#2) within the allotted time period, and the time allowed has expired. Accordingly,

**IT IS HEREBY RECOMMENDED** that the Complaint should be **dismissed** without prejudice based on Plaintiff's failure to either pay the appropriate filing fee of $350.00, or submit a completed application and affidavit in support of a request to proceed *in forma pauperis*.

## NOTICE

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within ten (10) days. The Supreme Court has held that the

courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED this 13th day of March, 2008.

_____
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**